**Media Office**

12 S. Monroe Street
Media, PA  19063
(215) 563-3500

# DUGAN BRINKMANN MAGINNIS & PACE

Attorneys at Law

1880 John F. Kennedy Boulevard, Suite 1400
Philadelphia, Pennsylvania  19103
Telephone (215) 563-3500
Facsimile (215) 563-5610
rcgreene@dbmplaw.com

July 28, 2021

**Via E-Courts**
The Honorable Jeffrey L. Schemhl
U.S. District Court Eastern District

        **Re:**    **Leiby v. The Pepsi Bottling Group, et.al.**
                **No.: 5:20-4898**

Dear Judge Schemhl:

    Please allow this letter to serve as a joint request for an adjournment of the status conference that is scheduled before Your Honor for July 29, 2021 at 1:00 p.m..  We have a settlement conference with Magistrate Rice scheduled for September 7th.  The parties are in active settlement discussions and may be able to resolve the matter sooner than the 7th.

    We thank Your Honor for your attention to this matter.

                      Respectfully submitted,

                      DUGAN BRINKMANN MAGINNIS & PACE

                      */s/Randy C. Greene*

                      BY:    RANDY C. GREENE

RCG/cn

cc:    Mark Altemose, Esquire- maltemose@cohenfeeley.com